IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILMER TUCKER,<br><br>             Plaintiff,<br><br>vs.<br><br>DAN FUNK, CEO (AWG);<br><br>             Defendant. | 8:24CV2<br><br>ORDER ON MOTION FOR VOLUNTARY DISMISSAL |

      This case is before the Court on United States Magistrate Judge Michael D. Nelson's Order to Show Cause, [Filing 4](), and plaintiff Wilmer Tucker's letter of April 18, 2024, construed as a motion to dismiss without prejudice, [Filing 5](). In his Order to Show Cause, Judge Nelson gave plaintiff Tucker until April 23, 2024, to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) for failure to serve the Complaint or take other appropriate action. [Filing 4 at 1](). In response, plaintiff Tucker filed a letter stating that he was "filing to dismiss without prejudice" because he was unable to obtain legal counsel. [Filing 5 at 1](). Accordingly,

      IT IS ORDERED that plaintiff Tucker's letter of April 18, 2024, construed as a motion to dismiss without prejudice, [Filing 5](), is granted, and this case is dismissed without prejudice.

      Dated this 23rd day of April, 2024.

                                                              BY THE COURT:

                                                              _____
                                                               Brian C. Buescher
                                                               United States District Judge